IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID M. WILSON,

    Plaintiff,

v.

DR. PAUL SUMNICHT, MICHAEL THURMER, DR. BURTON COX, MARY MILLER, PETER HUIBREGTSE and RICK RAEMISCH,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-789-slc

This action came for consideration before the court with Magistrate Judge Stephen L. Crocker presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying leave to proceed and dismissing plaintiff's claims against Mary Miller, Peter Huibregtse and Rick Raemisch; and

(2) granting summary judgment in favor of Dr. Paul Sumnicht, Dr. Burton Cox and Michael Thurmer and dismissing this case.

_____     8/9/12
Peter Oppeneer, Clerk of Court      Date